# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## NO. 06-1625

**GERMAINE BROOKS, ET AL.**

**VERSUS**

**CITY OF LAFAYETTE, ET AL.**

### CONSOLIDATED WITH

### NO. 06-1624

**RANDY FONTENOT, ET AL.**

**VERSUS**

**PATTERSON INSURANCE, ET AL.**


************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NOS. 2001-2002, 2001-2216
HONORABLE DURWOOD CONQUE, DISTRICT JUDGE

************

**JIMMIE C. PETERS**
**JUDGE**

************

Court composed of Chief Judge Ulysses Gene Thibodeaux, Sylvia R. Cooks, Jimmie C. Peters, Elizabeth A. Pickett, and J. David Painter, Judges.


**PICKETT, J., DISSENTS AND ASSIGNS WRITTEN REASONS.**


**AFFIRMED.**

**Lawrence N. Curtis**
**Lawrence N. Curtis, LTD**
**Post Office Box 80247**
**Lafayette, LA 70598-0247**
**(337) 235-1825**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
   **Randy Fontenot and Susanne Fontenot**

**Rickey W. Miniex**
**Clyde R. Simien**
**Todd M. Swartzendruber**
**Holli K. Yandle**
**Simien & Miniex**
**Post Office Box 81918**
**Lafayette, LA 70598-1918**
**(337) 269-0222**
**COUNSEL FOR DEFENDANT/APPELLEE/APPELLANT:**
   **Lafayette City-Parish Consolidated Government**

**Colleen McDaniel**
**Assistant Attorney General**
**Louisiana Department of Justice**
**Division of Risk Litigation**
**556 Jefferson Street, 4th Floor**
**Lafayette, LA 70501**
**(337) 262-1700**
**COUNSEL FOR DEFENDANT/APPELLEE:**
   **The State of Louisiana Through The**
   **Department of Transportation and Development**

PETERS, J.

For the reasons assigned in *Fontenot v. Patterson Insurance Co.,* 06-1624 (La.App. 3 Cir. ___/___/____), ____ So.2d _____, we affirm the third-party demand judgment in favor of the Lafayette City-Parish Consolidated Government and against Germaine Brooks and the State of Louisiana, Department of Transportation and Development. We order that Germaine Brooks and the State of Louisiana, Department of Transportation and Development, shall be responsible for court costs, including the cost of this appeal, in proportion to their fault. Pursuant to the requirement of La.R.S.13:5112(A), we set the fifty percent share of costs assessed to the State of Louisiana, Department of Transportation and Development in a monetary amount, $371.86 in lower court costs and $4,193.34 in appellate costs.

**AFFIRMED.**

# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT


**06-1625**


**GERMAINE AND LEONA PHILLIPS**

**VERSUS**

**CITY OF LAFAYETTE**


**consolidated with**


**06-1624**


**RANDY FONTENOT AND SUSANNE FONTENOT**

**VERSUS**

**PATTERSON INSURANCE AND CHRISTOPHER BROOKS**

**PICKETT, J., dissenting.**

For the reasons assigned in my dissent in *Fontenot v. Patterson Insurance Co.*, 06-1624 (La.App. 3 Cir. __/__/__), ____ So.2d ____, I respectfully dissent.